UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY HILL, | ) NO. CV 08-7689-MMM (MAN) |
| ) | |
|         Plaintiff, | ) ORDER ACCEPTING AND ADOPTING |
| ) | |
|    v. | ) FINDINGS, CONCLUSIONS, AND |
| ) | |
| CITY OF LOS ANGELES, et al., | ) RECOMMENDATIONS OF UNITED STATES |
| ) | |
|         Defendants. | ) MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all of the records herein, and the Report and Recommendation of United States Magistrate Judge.  The time for filing Objections has passed, and no Objections have been filed with the Court.  The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

    **IT IS ORDERED** that: (1) defendants' motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure is DENIED; and (2) defendants shall file an Answer to the Complaint within twenty (20) days of this Order.

**IT IS FURTHER ORDERED** that the Clerk serve copies of the Order on plaintiff and on counsel for defendants.

DATED:   August 21, 2009  .

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

2