**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JIMMY HILL, | ) NO. CV 08-7689-DMG (MAN) |
| Plaintiff, | ) ORDER ADOPTING FINDINGS, |
| v. | ) CONCLUSIONS, AND RECOMMENDATIONS |
| CITY OF LOS ANGELES, et al., | ) OF UNITED STATES MAGISTRATE JUDGE |
| Defendants. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all of the records herein, and the Report and Recommendation of United States Magistrate Judge. The time for filing Objections has passed, and no Objections have been filed with the Court.[1]  The Court accepts and adopts the Magistrate Judge's Report and Recommendation, and the findings of fact, conclusions of law, and recommendations therein.

---

[1] The docket indicates that the copy of the Report and Recommendation served upon Plaintiff at his address of record was returned by the U.S. Postal Service as undeliverable.  As more than 15 days have passed since the Report and Recommendation was served and returned by the Postal Service and this Court presently has no means of communicating with Plaintiff, this action is subject to dismissal under Local Rule 41-6 for want of prosecution, as well as under Rule 41(b) of the Federal Rules of Civil Procedure.

1    IT IS ORDERED that Judgment be entered dismissing this action
2 without prejudice, pursuant to Rule 41(b) of the Federal Rules of Civil
3 Procedure, for lack of prosecution.
4
5    IT IS FURTHER ORDERED that the Clerk serve copies of this Order and
6 the Judgment herein on Plaintiff.
7
8    LET JUDGMENT BE ENTERED ACCORDINGLY.
9
10 DATED: May 4, 2010

                                    _____
                                    DOLLY M. GEE
                                    UNITED STATES DISTRICT JUDGE