UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY HILL, | ) NO. CV 08-7689-DMG (MAN) |
| Plaintiff, | ) |
| v. | ) JUDGMENT |
| CITY OF LOS ANGELES, et al., | ) |
| Defendants. | ) |

Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: May 4, 2010

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE